AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

DB COMMUNICATIONS LLC D/B/A MULTIPLY,
*Plaintiff(s)*

v.

X CORP.,
*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
X Corp., 1355 Market St., San Francisco, CA 94103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| ELLIS GEORGE LLP | ROSS LEVITT LLC | BERLINER CORCORAN & ROWE LLP |
| Keith J. Wesley (State Bar No. 229276) | Brandon Levitt | Jared Butcher |
| kwesley@ellisgeorge.com | (pro hac vice forthcoming) | (pro hac vice forthcoming) |
| 2121 Avenue of the Stars, Suite 2800 | 1629 K Street NW, Suite 300 | 1101 17th Street NW, Suite 1100 |
| Los Angeles, California 90067 | Washington, D.C. 20006 | Washington, D.C. 20036 |
| Telephone: (310) 274-7100 | Tel.: (202) 810-3833 | Tel.: (202) 293-5555 |
| Facsimile: (310) 275-5697 | brandon@rosslevittllc.com | jbutcher@bcrlaw.com |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

2417749.1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

2417749.1