DAVID H. BERNSTEIN (S.B. # 336551)
**DEBEVOISE & PLIMPTON LLP**
650 California Street
San Francisco, CA 94108
Tel:     (415) 738-5700
Fax:     (415) 644-5628
Email:  dhbernstein@debevoise.com

MEGAN K. BANNIGAN (admitted *pro hac vice*)
JARED I. KAGAN (admitted *pro hac vice*)
NICOLE M. FLORES (admitted *pro hac vice*)
DANIEL N. COHEN (admitted *pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 10001
Tel:     (212) 909-6000
Fax:     (212) 909-6836
Email:  mkbannigan@debevoise.com
Email:  jikagan@debevoise.com
Email:  nmflores@debevoise.com
Email:  dncohen@debevoise.com

*Attorneys for Defendant*
*X CORP.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DB COMMUNICATIONS D/B/A MULTIPLY,<br><br>            Plaintiff,<br><br>    v.<br><br>X CORP.,<br><br>            Defendant. | CASE NO. 3:24-CV-04402-RFL<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO CIV. L. R. 6-1(A)**<br><br>Honorable Rita F. Lin<br>United States District Judge |

Pursuant to Civ. L. R. 6-1(a), the parties have stipulated to extend the time within which X Corp. must respond to Plaintiff's Complaint (Dkt. No. 1) by 16 days, up to and including **August 30, 2024**.

## **STIPULATION**

WHEREAS, on July 21, 2024, Plaintiff DB Communications d/b/a Multiply ("Plaintiff" or "Multiply") filed its Complaint (Dkt. No. 1) in the above-captioned matter;

WHEREAS, on July 24, 2024, Defendant X Corp. ("Defendant" or "X Corp.") was served with copies of the Complaint, Summons, and related documents in connection with the above-captioned matter (Dkt. No. 8);

WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant's responsive pleading must be served on or before August 14, 2024;

WHEREAS, pursuant to N.D. Cal. Civ. L. R. 6-1(a), parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to a complaint, provided the change will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, Plaintiff and Defendant have agreed via email communication on August 8, 2024, that the time for Defendant to file a responsive pleading shall be extended to and including August 30, 2024;

WHEREAS, Plaintiff and Defendant agree that the extension of time for Defendant to file a responsive pleading will not alter the date of any event or any deadline already fixed by Court order.

NOW, THEREFORE, IT IS HEREBY STIPULATED and AGREED by and between Plaintiff and Defendant, through their respective counsel that:

1. The deadline for Defendant to file a responsive pleading shall be extended from August 14, 2024 until August 30, 2024.

IT IS SO STIPULATED

[signature blocks on next page]

1

1  Dated: August 13, 2024                  /s/ David H. Bernstein
                                          DAVID H. BERNSTEIN
2                                          Debevoise & Plimpton LLP
                                          650 California Street
3                                          San Francisco, CA 94108
                                          Tel: (415) 738-5700
                                          Fax: (415) 644-5628
4                                          dhbernstein@debevoise.com

5                                          MEGAN K. BANNIGAN (admitted *pro hac vice*)
                                          JARED I. KAGAN (admitted *pro hac vice*)
6                                          NICOLE M. FLORES (admitted *pro hac vice*)
                                          DANIEL N. COHEN (admitted *pro hac vice*)
7                                          Debevoise & Plimpton LLP
                                          66 Hudson Boulevard
8                                          New York, NY 10001
                                          Tel: (212) 909-6000
                                          Fax: (212) 909-6836

9                                          *Attorneys for Defendant X Corp.*

10

11                                          /s/ Brandon Levitt
                                          BRANDON LEVITT
12                                          (admitted *pro hac vice*)
                                          Ross Levitt LLC
13                                          1629 K Street NW, Suite 300
                                          Washington, D.C. 20006
14                                          Tel.: (202) 810-3833
                                          brandon@rosslevittllc.com

15                                          *Attorneys for Plaintiff DB Communications d/b/a Multiply*

16

17

18

19

20

21

2

JOINT STIPULATION RE EXTENSION OF TIME
CASE NO. 3:24-CV-04402-RFL

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record. I further certify that prior to the filing of this document, I have obtained concurrence in the filing from Plaintiff's signatory.

DATED: August 13, 2024          /s/ David H. Bernstein_____

DAVID H. BERNSTEIN

JOINT STIPULATION RE EXTENSION OF TIME
CASE NO. 3:24-CV-04402-RFL