Ellis George LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@ellisgeorge.com
John C. Harabedian (State Bar No. 275818)
  jharabedian@ellisgeorge.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys* for Plaintiff, Counter-Defendant, DB Communications d/b/a Multiply

David H. Bernstein (S.B. # 336551)
Debevoise & Plimpton LLP
650 California Street
San Francisco, CA 94108
Tel:   (415) 738-5700
Fax:   (415) 644-5628
Email:  dhbernstein@debevoise.com

Attorneys* for Defendant, Counter-Plaintiff, X Corp.
*Additional Counsel on Signature Page

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DB COMMUNICATIONS LLC D/B/A MULTIPLY<br><br>        Plaintiff,<br>    vs.<br><br>X CORP.<br>        Defendant. | Case No. 3:24-cv-04402-RFL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |
| X CORP,<br>        Counter-Plaintiff,<br>    vs.<br><br>DB COMMUNICATIONS LLC D/B/A MULTIPLY,<br>        Counter-Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), all parties to this action, by and through undersigned counsel, jointly stipulate to dismissal with prejudice of all claims and counterclaims in this action, subject to the Court retaining jurisdiction through December 31, 2025 to enforce the terms of the parties' settlement, with each party to bear its own costs and fees.

Respectfully submitted,

Dated, February 19, 2025

Dated, February 19, 2025

_____
Keith J. Wesley
John C. Harabedian
Ellis George LLP

Ross Levitt LLC
Brandon Levitt*
1629 K Street NW, Suite 300
Washington, D.C. 20006
Tel.: (202) 810-3833
brandon@rosslevittllc.com

Berliner Corcoran & Rowe LLP
Jared Butcher*
1101 17th Street NW, Suite 1100
Washington, D.C. 20036
Tel.: (202) 293-1074
jbutcher@bcrlaw.com

*Attorneys for Plaintiff, DB COMMUNICATIONS LLC dba MULTIPLY*

*Admitted Pro Hac Vice

/s/ David H. Bernstein

David H. Bernstein
Debevoise & Plimpton LLP

Megan K. Bannigan*
Jared I. Kagan*
Nicole M. Flores*
Daniel N. Cohen*
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
Tel: (212) 909-6000

mkbannigan@debevoise.com
jikagan@debevoise.com
nmflores@debevoise.com
dncohen@debevoise.com

*Attorneys for Defendant X Corp.*

**SO ORDERED:**

_____
**Rita F. Lin**
**United States District Judge**

-1-    Case No. 3:24-cv-04402-RFL
STIPULATION OF DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | |
| 2 | **CERTIFICATE OF SERVICE AND SIGNATURE ATTESTATION** |
| 3 | I hereby certify that a true and correct copy of the foregoing document was filed with the |
| 4 | Court and electronically served through the CM-ECF system which will send a notification of |
| 5 | such filing to all counsel of record. I further attest that prior to the filing of this document, I have |
| 6 | obtained concurrence in the filing from Plaintiff's signatory. |

DATED: February 19, 2025

By: *[signature]*
Keith J. Wesley